# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>iPhone in a Black Case seized from Carmen<br>MIRANDA on February 25, 2020 (Newport News Item<br>#5) | ) ) ) Case No. 4:20-sw-3 6<br>) ) ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    Eastern    District of    Virginia   
*(identify the person or describe the property to be searched and give its location):*
iPhone in a Black Case seized from Carmen MIRANDA on February 25, 2020 (Newport News Item #5)


I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*
See Attachment B.


**YOU ARE COMMANDED** to execute this warrant on or before    April 17, 2020    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Douglas E. Miller, U.S. Magistrate Judge   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    04/03/2020 12:30 pm    _____
Douglas E. Miller, USMJ
2020.04.03 12:41:26 -04'00'
*Judge's signature*

City and state:    Norfolk, VA    Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 4:20-sw-36 | Date and time warrant executed: 04/13/2020 @ 0840 | Copy of warrant and inventory left with: With Phone |
|---|---|---|

Inventory made in the presence of: NNPD DET. J. TORRES

Inventory of the property taken and name(s) of any person(s) seized:

Unable to download.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/20/2020

*Executing officer's signature*

TFO G.A. DOSKEY
*Printed name and title*

## ATTACHMENT B

Description of items to be seized/evidence sought:

a. SIM card(s);

b. The number of the cell phone; lists of telephone numbers, names and addresses of the user of said telephone numbers stored in the phonebook or the contact list of the phone; records and/or data of all outgoing calls, incoming calls, and missed calls, voicemail messages, text messages, instant (IM) messages, e-mail addresses and messages, IP logs, voice recordings, stored memos and calendars, still photographic images, video photographic images, GPS and map data and any other stored electronic information related to a violation of Title 21, United States Code, Sections 846, 841, and 843(b);

c. All stored passwords, encryption keys, access codes, SIM passwords, and geographical information;

d. Proof of ownership to include correspondence, registration keys or similar items;

e. Any communications (including, but limited to telephone calls, voice mails, SMS and MMS text messages, instant messages, e-mails, and communications via social media) relating to a violation of Title 21, United States Code, Sections 846, 841, and 843(b);

f. All bank records, checks credit card bills, account information, and other financial records relating to the procurement, possession, sale purchase, or transference of drugs/controlled substances, drug paraphernalia, and the proceeds of the distribution of controlled substances;

g. Photographic or other images relating to a violation of Title 21, United States Code, Section 846, 841, and 843(b);

h. Evidence of user attribution showing who used, owned, or controlled the device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, address books, registry entries, configuration files, usernames and passwords, encryption keys, media access control (MAC) addresses, documents, browsing history, user profiles, e-mail, telephone and e-mail contacts, "chat," instant messaging logs, photographs, videos, social media, and correspondence;

i. Records evidencing the use of the Device to facilitate controlled substances procurement, sale, purchase or trafficking using the Internet, including: Records of Internet Protocol addresses used and records of Internet activity, including chats, online email, firewall logs, caches, browsing history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

1

This warrant is for the authorization to read, retrieve, image, copy and seize information stored and contained on the above described data source and for authorization to present these items to persons capable of conducting such examinations and recovery. As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form contained in or used by the device.